**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ANWAR KAMAL,

Plaintiff,

v.

KRISTI NOEM,
*Secretary of Homeland Security*,
JOSEPH B. EDLOW,
*Director, U.S. Citizenship and Immigration Services*, and
PAMELA JO BONDI,
*Attorney General of the United States*,
*in their official capacities*,

Defendants.

Civil Action No. 26-0015-TDC

**ORDER**

Self-represented Plaintiff Anwar Kamal has filed a Complaint against Defendants. Kamal paid the filing fee and provided summonses for three United States officials, which the Clerk shall issue and return to Kamal for service.

Kamal bears the responsibility for effecting service of process on Defendants. Once Kamal has obtained those signed and sealed summonses from the Clerk, he must serve a copy of the appropriate summons and the Complaint on each Defendant within 90 days of the date the Complaint was filed.

To effect service on a United States officer or employee sued in an official capacity, Kamal must send a copy of the summons and a copy of the Complaint by registered or certified mail to (1) the United States Attorney for the District of Maryland, (2) the Attorney General of the United States, and (3) each United States officer or employee that he has sued. Fed. R. Civ. P. 4(i)(1)–

(2). Kamal may mail the documents to each of the above individuals via registered or certified mail or by using a private process server.

Kamal is informed that, under Federal Rule of Civil Procedure 4(l), once service has been completed, the person effectuating service of the summons and the Complaint must promptly notify the Clerk through an affidavit. If Kamal does not use a private process server to effect service, and instead uses registered or certified mail, he must file with the Clerk the United States Postal Service acknowledgment as proof of service. Pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 103.8(a), if Kamal has not provided the Court with proof of service by the 90-day deadline, this Complaint may be dismissed without prejudice.

Accordingly, it is hereby ORDERED that:

1. Kamal's Motions for Issuance of Summons, ECF Nos. 4, 7, are GRANTED.

2. The Clerk shall issue the summonses and return them to Kamal.

3. Kamal shall serve each Defendant with the appropriate summons and the Complaint by **Sunday, April 5, 2026**, 90 days after the date the Complaint was filed. If Kamal fails to serve Defendants by that deadline, this case may be dismissed by the Court without prejudice.

4. Kamal shall notify the Court of any changes to his address during the pendency of this litigation. *See* D. Md. Local R. 102.1(b)(iii). Failure to do so may result in dismissal of this action without further notice from the Court.

5. The Clerk shall send a copy of this Order to Kamal.

Date: February 18, 2026

THEODORE D. CHUANG
United States District Judge